IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01472-PAB-MJW

THERESA M. NEILL, et al.,

Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiffs' Motion for Leave to Amend Complaint to Include a Claim for Punitive Damages Against Defendant American Family Mutual Insurance Company (docket no.30) is GRANTED for those reasons as stated in the subject motion and for those reasons as outlined in rulings by other magistrate judges in this district on the identical issue in Maddox v. American Standard, 07-cv-00352-WYD-BNB, Espinosa v. American Family, 08-cv-00709-REB-MEH, Young v. American Family, 08-cv-01139-REB-BNB, Livingston v. American Family, 08-cv-01332-REB-KLM, Hill v. American Family, 08-cv-01447-REB-KLM and Asbury v. American Family, 08-cv-01522-REB-CBS. Plaintiff shall file an Amended Complaint within ten (10) days from the date of this Minute Order that may include a claim for punitive damages.

Date: November 17, 2008