IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01472-PAB-MJW

THERESA M. NEILL,
MARGARET SANTOS,
MARIE CRUTCHFIELD,
SHELDA CRUTCHFIELD,
MAUREEN K. EDWARDS, and
ANTHONY LOPEZ,

Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
TRACY D. HUIRAS,
THE GENE HOOD AGENCY, INC., and
GENE HOOD,

Defendants.

---

**ORDER RE: UNOPPOSED MOTION BY DEFENDANTS TO VACATE PRELIMINARY PRETRIAL CONFERENCE SET FOR FEBRUARY 2, 2009, TO SET FINAL PRETRIAL CONFERENCE, AND CERTIFICATE OF COMPLIANCE WITH D.C. COLO. LCIVR 7.1(A) AND 6.1(D)** (Docket No. 44)

---

THIS COURT, having reviewed the Unopposed Motion by Defendants to Vacate Preliminary Pretrial Conference Set for February 2, 2009, to Set Final Pretrial Conference, and Certificate of Compliance with D.C. Colo. LCivR 7.1(A) and 6.1(D), and being fully advised in the premises,

HEREBY GRANTS defendants' request that the Preliminary Pretrial Conference set for February 2, 2009 at 9:30 is hereby vacated. The parties shall contact Magistrate Judge Watanabe's chambers within 10 days from the date of this order and set a Final Pretrial Conference. 303-844-2403.

MJW 1-14-09

DONE AND SIGNED this 14 TH day of January, 2009.

BY THE COURT:

*[signature]*
~~United States District Court Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO